### LEE LITIGATION GROUP, PLLC
148 W 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

Writer's Direct:       212-465-1188
                       cklee@leelitigation.com

February 17, 2021

**Via ECF**
The Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Hajdaraj, et al. v. A & B Restaurant Group LLC, et al.*
       Case No. 20-cv-06628 (GBD)

Dear Judge Cave:

  I am counsel to Plaintiffs in the above-referenced matter. I write to respectfully request an adjournment of the telephone conference scheduled for February 23, 2021 at 11:00 a.m. due to a scheduling conflict in a different case.

  The scheduling conflict in question is due to a telephonic fairness hearing before Magistrate Judge Wang in *Villar v. AHRC Home Care Services, Inc. et al.*, 1:18-cv-09174, being scheduled at the same time. [Dkt. No. 63].

  This is the first request for an adjournment. Defendants have not yet appeared in this case and have not been able to be reached for consent.

  Therefore, I respectfully request that the Court adjourn the telephone conference to March 5, 2021, March 9, 2021, or any other time that the Court deems appropriate.

  We thank the Court for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: Alban Prelvukaj and Abneshe Sinanaj
   C/O Victor Valon Dedushaj
   victor@benjaminsteakhouse.com

---

The conference currently scheduled for February 23, 2021 at 11:00 am is ADJOURNED to **March 9, 2021 at 12:00 pm** and will take place on the Court's conference line.

The parties are directed to call: 866-390-1828, access code: 380-9799, at the scheduled time.

The Clerk of Court is directed to close ECF No. 31.

SO ORDERED  2/18/2021

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge