UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENT HAJDARAJ, and ENDRI HOXHA,

                Plaintiffs,

-v-

A & B RESTAURANT GROUP LLC, SSAP LLC, B AND B RESTAURANT GROUP LLC, AP & SS RESTAURANT GROUP LLC, BENJAMIN RESTAURANT GROUP LLC, ALBAN PRELVUKAJ, and ABNESHE SINANAJ,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 6628 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

At the conference held today, March 9, 2021 counsel for Defendants (who appeared for the limited purpose of participating in the conference) informed the Court that none of the Defendants had been served. There is no proof of service on the docket, and Plaintiffs' counsel could not confirm that they had served Defendants.

Accordingly, by **March 23, 2021** Plaintiff is ORDERED to file a status letter with the Court confirming whether, when, and how Defendants were served with the Summons and Complaint in this action and attaching proof of service, if it exists. The Court notes that the Complaint was filed on August 9, 2020, and thus the 90-day service period expired on November 9, 2020. (ECF No. 1).

Dated:    New York, New York
           March 9, 2021                      SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**