# LEE LITIGATION GROUP, PLLC

148 W 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

Writer's Direct:        212-465-1188
                     cklee@leelitigation.com

March 23, 2021

**<u>Via ECF</u>**
The Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

           Re:    *Hajdaraj, et al. v. A & B Restaurant Group LLC, et al.*
                 <u>Case No. 20-cv-06628 (GBD)</u>

Dear Judge Cave:

      We are counsel to Plaintiffs in the above-referenced matter. We respectfully submit this Status Letter pursuant to the Court's March 9, 2021 Order to provide this status letter. [Dkt. No. 33].

      Plaintiffs' counsel did not serve Defendants with the Summons and Complaint upon learning that the Plaintiffs had already taken an under the table of settlements prior to Plaintiffs' counsel sending out the Summons and Complaint for service.

      Plaintiffs' counsel has requested copies of the settlement agreement from Defendants but have not been provided with them.

      We thank the Court for considering this matter.

Respectfully submitted,

<u>/s/ C.K. Lee</u>
C.K. Lee, Esq.


cc:    Jack Spinella, Esq.
        jspinella@spinellalawgroup.com