**SLG | SPINELLA LAW GROUP, LLC**

3 Prospect Street
Morristown, NJ 07960
908.947.2336
908.947.2343 facsimile

Jack T. Spinella
jspinella@spinellalawgroup.com

425 Madison Avenue
Suite 1001
New York, NY 10123
908.947.2336
908.947.2343 facsimile

March 31, 2021

<u>**VIA Email**</u>
The Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, NY 10007

**Re:**   **Hajdaraj, et al. v. A & B Restaurant Group LLC, et al.**
        **Case No.: 20-cv-06628 (GBD)**

Dear Judge Cave,

  As you are aware, my law firm represents the Defendants in the above captioned matter. First and foremost, although in his letter to Your Honor Mr. Lee represents that I was served with a copy of his letter, I was not. I found out about the letter by looking at the court docket. As of March 25, 2021, Mr. Lee has the settlement and release documents for both of the named Plaintiffs.

  I take issue with Mr. Lee's reference to "under the counter" settlements. The settlement was a fair and legal settlement between my clients and the named Plaintiffs who in fact were not plaintiffs in any action when the settlement took place. It was only upon advising Mr. Lee not to file the draft complaint because his clients were in the process of resolving the matter with my client that he immediately filed this action. I am bringing this to Your Honor's attention so that upon dismissal, no further attempts to re-file this action would be made.

  Should you have any questions or need any additional information, please do not hesitate to contact me.

           Respectfully submitted,

           <u>*/s/ Jack T. Spinella*</u>

           Jack T. Spinella, Esq.

JTS:mar

Cc: C.K. Lee, Esq. (via email)