UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENT HAJDARAJ and ENDRI HOXHA,
*on behalf of themselves, FLSA Collective Plaintiffs,*
*and the Class*

                          Plaintiffs,

     -against-

A & B RESTAURANT GROUP LLC
    d/b/a BENJAMIN STEAK HOUSE
SSAP LLC
    d/b/a BENJAMIN STEAK HOUSE II
B AND B RESTAURANT GROUP LLC,
    d/b/a BENJAMIN STEAKHOUSE III
AP & SS RESTAURANT GROUP LLC
    d/b/a THE SEAFIRE GRLL,
BENJAMIN RESTAURANT GROUP LLC,
ALBAN PRELVUKAJ, and ABNESHE SINANAJ

                          Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: APR 12 2021

Case No.: 1:20-cv-06628

**NOTICE OF DISMISSAL
PURSUANT TO FRCP
41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiffs are hereby dismissed, without prejudice, in their entirety as against Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: April 9, 2021
      New York, New York

For Plaintiffs:

By:   */s/ C.K. Lee*
     C.K. Lee, Esq.
     Lee Litigation Group, PLLC
     148 West 24th Street, 8th Floor
     New York, NY 10011
     Tel.: (212) 465-1188
     Fax: (212) 465-1181
     cklee@leelitigation.com

**SO ORDERED:**

Dated:   **APR 1 2 2021**

*George B. Daniels*
Hon. George B. Daniels, U.S.D.J.