UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENT HAJDARAJ, and ENDRI HOXHA,

                Plaintiffs,

-v-

A & B RESTAURANT GROUP LLC, SSAP LLC, B AND B RESTAURANT GROUP LLC, AP & SS RESTAURANT GROUP LLC, BENJAMIN RESTAURANT GROUP LLC, ALBAN PRELVUKAJ, and ABNESHE SINANAJ,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 6628 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On March 25, 2021, the Court entered an Order to Show Cause directing Plaintiff to show cause by April 9, 2021 why this case should not be dismissed under Rule 4(m) of the Federal Rules of Civil Procedure or Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. (ECF No. 35). On April 9, 2021, Plaintiff filed a notice of voluntary dismissal. (ECF No. 37). Accordingly, the Court deems the Order to Show Cause moot at this time.

Dated:       New York, New York
              April 12, 2021

                                      SO ORDERED

                                      _____
                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**